**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Leon WOODS, Jr., Defendant-Appellant.**

No. 15-14802

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(May 16, 2017)

Franklin George Monsour, Jr., Wifredo A. Ferrer, Daren Grove, Daya Nathan, Laura Thomas Rivero, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Christine Carr O'Connor, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant-Appellant

Before MARTIN, ANDERSON, and EDMONDSON, Circuit Judges.

PER CURIAM:

Leon Woods, Jr. appeals his 105-month sentence, imposed after pleading guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The district court correctly concluded that Woods's Florida manslaughter conviction was a crime of violence under U.S.S.G. § 4B1.2(a)'s residual clause because this Court's prior precedent establishes the residual clause's constitutional validity and categorically qualifies Florida manslaughter as a crime of violence. For background, see United States v. Matchett, 802 F.3d 1185 (11th Cir. 2015); In re Burgest, 829 F.3d 1285 (11th Cir. 2016). In addition, even if the district court committed error, the error was harmless, as the district court stated that it would impose the 105-month sentence as a reasonable sentence, regardless of any Sentencing Guideline calculation; and the sentence was, in fact, reasonable. For background, see United States v. Keene, 470 F.3d 1347 (11th Cir. 2006).

AFFIRMED.